M E M O R A N D U M   E N D O R S E M E N T

<u>Document Number 82</u>
06 Civ. 834 (NRB)

<u>Omega Advisors, Inc., et al. v. Clayton Lewis</u>

    Motion denied without prejudice for the reasons stated at a conference held on February 11, 2010.

    **IT IS SO ORDERED.**

DATED:    New York, New York
             February 11, 2010

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/10
```