UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OMEGA ADVISORS, INC.,<br>OMEGA CAPITAL PARTNERS, L.P.,<br>OMEGA CAPITAL INVESTORS, L.P.,<br>OMEGA OVERSEAS PARTNERS, LTD.,<br>PINE STREET INVESTMENT, LTD.,<br>OMEGA GROUP HOLDINGS, LTD.,<br>TELOS FINANCE, LTD.,<br>BABSON INVEST, S.A.,<br>CONAK INTERNATIONAL, INC.,<br>OSSIAN OVERSEAS, LTD.,<br>HILGORE OVERSEAS, INC.,<br>SHIRETON FINANCIAL CORP.,<br>PINFORD PORTFOLIO INC.,<br>CLIFFTOP INVEST, LTD.,<br>KAYS HOLDINGS, S.A.,<br>RENO FINANCIAL INC.,<br>HELENDALE TRADING CORPORATION,<br>and PENASCO BUSINESS INC.<br><br>Plaintiffs,<br><br>v.<br><br>CLAYTON LEWIS,<br><br>Defendant | C.A. No.: 06-CV-834 (NRB)<br>ECF CASE<br><br>STIPULATION OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(ii) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/10

IT IS HEREBY STIPULATED AND AGREED by and between the parties that all claims, counterclaims and third-party claims asserted in the above-captioned action are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

_____
Eric L. Lewis, EL 0038
H. Bradford Glassman, *pro hac vice*
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, D.C. 20004
Tel: (202) 833-8900
Eric.Lewis@baachrobinson.com

Counsel for Plaintiffs

Dated: June 8, 2010

_____
R. Scott Thompson, RT 6750
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, N.J. 07068
Tel: (973) 597-2500
sthompson@lowenstein.com

Counsel for Defendant

**SO ORDERED:**   June 9, 2010

_____
Naomi Reice Buchwald, U.S.D.J.